NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000919
17-OCT-2014
09:15 AM**

NO. CAAP-14-0000919

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MARILYN H. MITCHELL, Individually and
as Personal Representative of the
ESTATE OF GILBERT MINORU SUGAI, Deceased, ANNA SUGAI,
DON P. SUGAI, and DIANA SUGAI, Plaintiffs-Appellees,
v.
AURORA C. MARIANI, M.D.,
Defendant/Cross-Claim Plaintiff/Appellant,
and
WAHIAWA GENERAL HOSPITAL,
WAHIAWA NURSING AND REHABILITATION CENTER,
Defendants/Cross-Claim Defendants/Appellees,
and
BARON C.K.W. WONG, M.D., Defendant-Appellee,
and
DOES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-2190-08)

ORDER DENYING OCTOBER 14, 2014 HRAP RULE 40
MOTION FOR RECONSIDERATION OF OCTOBER 7, 2014
ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Nakamura, Chief Judge, Foley and Reifurth, JJ.)

Upon review of (1) the October 7, 2014 order dismissing
appellate court case number CAAP-14-0000919 for lack of appellate
jurisdiction, (2) Defendant/Cross-Claim Plaintiff/Appellant
Aurora C. Mariani, M.D.'s (Appellant Dr. Mariani), October 14,
2013 motion for reconsideration of the October 7, 2014 dismissal
order pursuant to Rule 40 of the Hawaiʻi Rules of Appellate
Procedure (HRAP), and (3) the record,

IT IS HEREBY ORDERED that Appellant Dr. Mariani's October 14, 2014 HRAP Rule 40 motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, October 17, 2014.

Chief Judge

Associate Judge

Associate Judge